**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KENNETH PARKER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 11-0066-WS-B** |
| | ) | |
| **ST. PAUL TRAVELERS, etc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons stated therein, the parties' joint motion to request that the Court vacate and withdraw its opinion and order denying summary judgment, (Doc. 63), is **granted**. The Court's order denying the defendant's motion for summary judgment, (Doc. 60), is vacated and withdrawn.

DONE and ORDERED this 29th day of December, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE